IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SANTEZ MILLER**
**ADC #161473**                                                                                                                   **PLAINTIFF**

**v.**                      **Case No. 5:15-cv-00291-KGB/JJV**

**GERALD ROBINSON, Sheriff,**
**Dub Brassell Detention Center,** *et al.*                                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. No. 2).

2. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 6th day of January, 2016.

                                                                           Kristine G. Baker
                                                                           United States District Judge