IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SANTEZ MILLER**
**ADC #161473**                                                                                                     **PLAINTIFF**

**v.**                       **Case No. 5:15-cv-00291-KGB/JJV**

**GERALD ROBINSON, Sheriff,**
**Dub Brassell Detention Center,** *et al.*                                     **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

Dated this 6th day of January, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge